[No. 41378-3-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK
MIRELES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 97-1-00033-4, Michael E. Rickert, J., entered
August 8, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 41385-6-I.    Division One.    January 19, 1999.]

DAVID S. LINDEMANN, *Appellant*, v. RICHARD C. FALK, ET
AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 97-2-09225-6, Peter Jarvis, J., entered August
22, 1997. *Affirmed* by unpublished opinion per Baker, J.,
concurred in by Becker and Cox, JJ.

[No. 41402-0-I.    Division One.    January 19, 1999.]

ANDREW APOSTOLIS, ET AL., *Appellants*, v. THE CITY OF
SEATTLE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 97-2-14270-9, Jeffrey M. Ramsdell, J., entered
August 29, 1997. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Kennedy, C.J., and Ellington, J.

[No. 41410-1-I.    Division One.    January 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMICUS M.
YOUNG, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 96-1-06786-1, Michael Spearman, J., entered
September 29, 1997. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Coleman and Grosse, JJ.